# THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| **ASHLEY R. SAMPSON,** | **ORDER** |
| **Plaintiff,** | |
| **v.** | **Case No. 2:24-cv-00501-DBB-JCB** |
| **SALT LAKE CITY CORPORATION,** | **District Judge David Barlow** |
| **Defendant.** | **Magistrate Judge Jared C. Bennett** |

This case is referred to Magistrate Judge Jared C. Bennett under 28 U.S.C. § 636(b)(1)(B).[1] The court held a hearing on May 29, 2026, to evaluate three pending motions.[2] This order memorializes the rulings the court made on the record during that hearing. For the reasons stated on the record, the court DENIED pro se Plaintiff Ashley Sampson's ("Ms. Sampson") motion to quash three subpoenas directed to nonparties.[3] The court FOUND AS MOOT Defendant Salt Lake City Corporation's ("Salt Lake City") orally modified short form discovery motion[4] because the court incorporated the relief sought by Salt Lake City into the court's order GRANTING IN PART and DENYING IN PART Ms. Sampson's motion to amend the scheduling order.[5] Accordingly, the court HEREBY ORDERS:

---

[1] ECF No. 5.

[2] ECF No. 45.

[3] ECF No. 34.

[4] ECF No. 39.

[5] ECF No. 37.

(1) If any further discovery disputes arise, the parties are required to email Judge Bennett's chambers at utdecf_bennett@utd.uscourts.gov before initiating motion practice to request a discovery dispute conference pursuant to DUCivR 37-1(d).

(2) By June 5, 2026, the parties shall meet and confer regarding the outstanding discovery issues discussed on the record, including the format in which discovery materials have been produced.

(3) By June 19, 2026, notwithstanding the federal holiday, Ms. Sampson shall submit to Salt Lake City her next round of discovery requests.

(4) By August 21, 2026, Ms. Sampson shall respond, in full, to Salt Lake City's currently pending discovery requests.

(5) Ms. Sampson will make herself available for a deposition between August 21, 2026, and September 21, 2026.

(6) The deadline to serve written discovery is extended to September 28, 2026.

(7) On or before October 7, 2026, the parties shall submit a motion for amended scheduling order to set expert discovery deadlines and a deadline for filing dispositive or potentially dispositive motions.[6] If the parties cannot agree on these dates, the motion shall include both Ms. Sampson's and Salt Lake City's proposed deadlines.

(8) The court will hold a status conference at 10 a.m. Wednesday October 14, 2026, to ensure the schedule set forth herein is proceeding.

(9) The deadline for fact discovery to close is extended to October 28, 2026.

---

[6] *I.e.*, sections 6 and 7 of the court's scheduling order. ECF No. 30.

IT IS SO ORDERED.

DATED this 29th day of May 2026.

BY THE COURT:

_____
JARED C. BENNETT
United States Magistrate Judge